**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TREVON M. LATCHINSON, | Case No.: 2:25-cv-02210-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF KEVIN MCMAHILL, OFFICER ROSE, STATE OF NEVADA, | [ECF No. 5] |
| Defendants | |

Magistrate Judge Youchah recommends dismissal of several of Trevon Latchinson's claims. ECF No. 5. Latchinson objected only to the dismissal of his claims against defendant Officer Rose in his official capacity. ECF No. 7.

I have conducted a de novo review of the issues set forth in Judge Youchah's Report and Recommendation under Local Rule IB 3-2. Latchinson's objection does not rebut Judge Youchah's legal conclusion that "section 1983 claims for money damages cannot be maintained against Nevada state officials or employees in their official capacities." ECF No. 5 at 3 (citing *N. Nev. Ass'n of Injured Workers v. Nev. State Indus. Ins. Sys.*, 807 P.2d 728, 732 (Nev. 1991)). Judge Youchah sets forth the proper legal analysis and factual basis for her decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 5) is accepted, and Latchinson's objection (ECF No. 7) is denied.

DATED this 21st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE