UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TREVON M LATCHINSON,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,

Defendants.

Case No. 2:25-cv-02210-APG-EJY

**ORDER**

On August 27, 2026, Las Vegas Metropolitan Police Department ("LVMPD") submitted a Notice advising the Court that it would not accept service on behalf of Officer Rose because he is no longer employed by LVMPD. ECF No. 13. The Court is now in receipt of the last known address for Officer Rose, which was appropriately filed under seal. ECF No. 15.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for Officer Rose and deliver the same to the U.S. Marshal's Office together with one copy of (1) Plaintiff's First Amended Complaint (ECF No. 10), (2) the Court's Screening Order (ECF No. 12), and (2) the address for Officer Rose filed under seal (ECF No. 15).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order. Plaintiff **must** complete the USM-285 form for Officer Rose to the best of his ability and return the same to the U.S. Marshal's Office by mail no later than **September 15, 2026 2026 to:**

Marshal Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, First Amended Complaint (ECF No. 10) and the Court's Screening Order (ECF No. 12), on Officer Rose no later than **fifteen days** after receipt of the completed USM-285 form.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Officer Rose may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 31st day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE