**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TREVON M. LATCHINSON,

Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants

Case No.: 2:25-cv-02210-APG-EJY

**Order Accepting Report and Recommendation**

[ECF No. 12]

On August 24, 2026, Magistrate Judge Youchah recommended that I dismiss with prejudice plaintiff Trevon Latchinson's claims under Nevada Revised Statutes § 200.640 and 18 U.S.C. § 242 be dismissed with prejudice because neither statute provides for a private right of action. ECF No. 12 at 7-8. Latchinson did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 12) is accepted, and plaintiff Trevon Latchinson's claims under Nevada Revised Statutes § 200.640 and 18 U.S.C. § 242 re dismissed with prejudice.

DATED this 25th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE